1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENERAL PRODUCE, CO., LTD., a California limited partnership,<br><br>    Plaintiff,<br><br>  vs.<br><br>JHRV ENTERPRISES, INC., a California corporation doing business as Edible Arrangements; et al.,<br><br>    Defendants. | Case No: C 10-03281 SBA<br><br>**ORDER DISMISSING ACTION** |

    The Court having been notified of the tentative settlement of this action, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such request is filed by no later than May 31, 2011. All scheduled dates are VACATED.

    IT IS SO ORDERED.

Dated: November 3, 2010

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge