UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENERAL PRODUCE, CO., LTD, <br><br>  Plaintiff, <br><br> vs. <br><br> JHRV ENTERPRISES, INC., et al., <br><br>  Defendants. | Case No: C 10-03281 SBA <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION TO REOPEN CASE AND VACATE DISMISSAL, AND DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT** <br><br> Dkts. 15, 16, 17 |

On November 4, 2010, the Court issued an Order conditionally dismissing this action, having been notified of the parties' tentative settlement. Dkt. 14. In that Order, the Court stated that "in the event that the settlement is not reached, any party may move to reopen the case, provided that such request is filed by no later than May 31, 2011." Id.

On December 15, 2010, Plaintiff filed an Application to Reopen Case and Vacate Dismissal, on the ground that Defendants have allegedly failed to go forward with the tentative settlement. Dkt. 15. Plaintiff has also filed a Request for Entry of Default as against Defendant Hamlet Bet Sarghez, and a Motion and Application for Default Judgment as against Defendants JHRV Enterprises, Inc., Razmik Ohanjanian, Julbert Tahmazian, and Hamlet Bet Sarghez. Dkts. 16, 17. Finding good cause shown,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Application to Reopen Case and Vacate Dismissal (Dkt. 15) is GRANTED.

2. This matter is REFERRED to the Chief Magistrate Judge or her designee for a mandatory settlement conference to take place within sixty (60) days from the date of this Order.

3. Plaintiff's Request for Entry of Default (Dkt. 16) and Motion and Application for Default Judgment (Dkt. 17) are DENIED, without prejudice to re-filing after the mandatory settlement conference.

4. A telephonic Case Management Conference is scheduled in this matter for **June 1, 2011 at 2:45 p.m**. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

5. This Order terminates Dockets 15, 16, and 17.

IT IS SO ORDERED.

Dated: February 11, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge